**JS-6 / ENTERED**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMAR ROSE, | ) Case No. EDCV 11-1654-MMM (JPR) |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| A. HEDGPETH, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 3, 2015

*Margaret M. Morrow*
MARGARET M. MORROW
U.S. DISTRICT JUDGE