JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LAMAR ROSE,<br><br>              Petitioner,<br><br>     v.<br><br>RAYTHEL FISHER, Warden,<br><br>              Respondent. | Case No. EDCV 11-1654-FLA (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition's remaining claims are DENIED and this action is dismissed with prejudice.

DATED: March 16, 2021

FERNANDO L. AENLLE-ROCHA
U.S. DISTRICT JUDGE